IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| IN RE: | Alana Lewis | § | Case Number: | 12-10801-DDD-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

**CERTIFICATE OF SERVICE OF**
**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

I hereby certify that on 5th day of June, 2012, a copy of the foregoing Request for Notice was served on the following parties by ordinary U.S. Mail addressed to:

/s/ Michael Aiken
Michael Aiken

Trustee:
Annette C Crawford
Trustee of the U.S. Bankruptcy Court
8778 Goodwood Blvd.
Baton Rouge, LA 70896

Debtor:

Attorney for Debtor:
Elizabeth L Hall
Attorney at Law
3622 Government Street
Baton Rouge, LA 70806

US Trustee:
Janice C Taylor
Trustee of the U.S. Bankruptcy Court
400 Poydras St. Suite 2110
New Orleans, LA 70130