**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:  Alana Lewis                                                                 CASE NO:   12-10801

**ORDER CONFIRMING AMENDED PLAN**

    Considering the debtor's plan filed on <u>June 14, 2012</u>, as amended by an amendment filed <u>August 08, 2012</u>.

    **IT IS ORDERED** that:

1) The debtor's plan, as amended, is confirmed.

2) Debtor's first payment was due on <u>June 24, 2012</u>.

3) On or before the 28th day of each succeeding month thereafter until further order, debtor shall pay to the trustee, Annette C. Crawford, Post Office Box 2159, Memphis, Tennessee 38101-2159, the sum of:
$600.00 MONTHS 1-60.

4) The debtor's employer shall deduct payments from the debtor's earnings as stated in paragraph 3 above, on a monthly basis, and remit those payments to the trustee by check within a month of their being withheld, made payable to Annette Crawford, Standing Chapter 13 Trustee, P.O. Box 2159, Memphis, Tennessee 38101-2159, and including the debtor's bankruptcy case number for identification.

5) Debtor shall submit to the Chapter 13 Trustee all disposable income received during the term of the plan, including federal and state tax refunds, for distribution, pursuant to the plan.

6) Debtor shall timely file federal and state tax returns annually until the case is completed, and provide copies of the tax returns to the Chapter 13 Trustee promptly after they are filed, but in any event no later than the deadline for filing the returns.   Failure to file tax returns within the time required by law and failure to turn over all tax returns and tax refunds during the Chapter 13 case will constitute grounds for dismissal or conversion with a bar to filing any further petition for relief under any chapter of the United States Bankruptcy Code.

7) Any parties owing debtor/debtor-in-possession any sums now or during their Chapter 13 Bankruptcy (such as personal injury claims, worker compensation claims, or any other liquidated or unliquidated claims) shall disburse those funds to the Chapter 13 Trustee pending further order of the court.

8) Compensation in the sum of <u>$2,600.00</u> and reimbursement of expenses in the sum of <u>$281.00</u> is allowed to debtor's counsel.

Baton Rouge, Louisiana, August 17, 2012.

                                            **s/ Douglas D. Dodd**
                                           DOUGLAS D. DODD
                         UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Middle District of Louisiana

In re:  Case No. 12-10801-ddd
Alana Lewis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 053N-3  User: jpoc  Page 1 of 2  Date Rcvd: Aug 17, 2012
                Form ID: pdf801  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2012.
db        +Alana Lewis,   13508 Rampart Court,   Baton Rouge, LA 70810-2178

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 053N-3            User: jpoc                  Page 2 of 2                  Date Rcvd: Aug 17, 2012
                                Form ID: pdf801             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2012 at the address(es) listed below:
          Annette C. Crawford   crawfordtrustee@annettecrawford.com
          Elizabeth L. Hall   on behalf of Debtor Alana Lewis hall70808@aol.com,
           bknotice@hallplc.brcoxmail.com;stevi@hallplc.brcoxmail.com;anjinette@hallplc.brcoxmail.com
          U.S. Trustee   ustp.region05@usdoj.gov
                                                                                                                                                                          TOTAL: 3