UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:    Alana Lewis            CASE NO. 12-10801

        DEBTOR

ORDER STRIKING DOCUMENT

Considering the Notice of Deficiency on the Certificate of Service e-mailed by the court on August 20, 2012 and the failure to cure the deficiency within 7 days,

**IT IS ORDERED** that the Notice of Mortgage Payment Change, be **STRICKEN** from the record.

Baton Rouge, Louisiana, September 6, 2012.

**S/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Middle District of Louisiana

In re:  
Alana Lewis  
    Debtor

Case No. 12-10801-ddd  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 053N-3     User: jpoc     Page 1 of 2     Date Rcvd: Sep 06, 2012  
                      Form ID: pdf801    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2012.  
db        +Alana Lewis,    13508 Rampart Court,    Baton Rouge, LA 70810-2178

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**                       **Signature:**    _Joseph Speetjens_

```
District/off: 053N-3           User: jpoc                  Page 2 of 2                  Date Rcvd: Sep 06, 2012
                               Form ID: pdf801             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2012 at the address(es) listed below:
          Annette C. Crawford    crawfordtrustee@annettecrawford.com
          Elizabeth L. Hall    on behalf of Debtor Alana Lewis hall70808@aol.com,
           bknotice@hallplc.brcoxmail.com;stevi@hallplc.brcoxmail.com;anjinette@hallplc.brcoxmail.com
          U.S. Trustee    ustp.region05@usdoj.gov
                                                                                                                                              TOTAL: 3

Case 12-10801    Doc 29    Filed 09/08/12    Entered 09/09/12 00:18:27    Desc Imaged
Certificate of Notice    Page 3 of 3