UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: ALANA LEWIS                                                  CASE NO. 12-10801
                                                                    CHAPTER 13

CERTIFICATE OF SERVICE

     I, Elizabeth L. Hall, hereby certify, that a copy of the above and foregoing Notice of hearing on Motion to Use Insurance Proceeds was filed electronically with the clerk of court using the CM/ECF system. Notice of this filing will be sent to Annette Crawford, Chapter 13 Trustee, crawfordtrustee@annettecrawford.com and the US Trustee, ustp.region05@usdoj.gov , by operation of the court's electronic filing system.

     Baton Rouge, Louisiana, this 29th day of November, 2012.

                                            s/Elizabeth L. Hall
                                            ELIZABETH L. HALL