# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE: ALANA LEWIS                             CASE NO. 12-10801
                                               CHAPTER 13

## **CERTIFICATE OF SERVICE**

I, Benjamin B. Dean, hereby certify that I have notified the following interested parties of the Transfer of Claim filed by CHRISTINA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-10, AS SERVICED BY CARRINGTON MORTGAGE SERVICES, LLC, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Alana Lewis<br>13508 Rampart Court<br>Baton Rouge, LA 70810 | Annette C. Crawford<br>Ch 13 Trustee<br>Via: acrawford@annettecrawford.com |
| Elizabeth L. Hall<br>Attorney at Law<br>3622 Government Street<br>Baton Rouge, LA 70806 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110, Texaco Center<br>New Orleans, LA 70130 |

by mailing or emailing this notice and a copy of the Transfer of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 6th day of December, 2012.

DEAN MORRIS, L.L.P.
1820 Avenue of America
P.O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440


/S/Benjamin B. Dean
ATTORNEY FOR CREDITOR