# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

OFFICE OF THE CLERK
707 Florida Street, Room 119
Baton Rouge, Louisiana 70801

December 21, 2012

NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

IN RE:   Alana Lewis                                          CASE NO: 12-10801


Transferor:   BSI Financial Services, Inc.


Transferee:   Christina Trust, A Division of Wilmington Savings
              Fund Society, FSB, as Trustee for Stanwich Mortgage
              Loan Trust, Series 2012-10, as serviced by Carrington
              Mortgage Services, LLC


     Please be advised that on December 10, 2012 our office received a Transfer of Claim in the above case.  The transfer reflects that BSI Financial Services, Inc. has transferred its claim, in the amount of $111665.67 to Christina Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-10, as serviced by Carrington Mortgage Services, LLC.  Pursuant to Bankruptcy Rule 3001, if you object to the transfer of claim, you have twenty (20) days to file an objection and to request a hearing on this matter.


                                      Sincerely,
                                      Virginia Aull

                                      Case Manager


cc: Trustee :   Annette C. Crawford
                P.O. Box 64868
                Baton Rouge, LA 70806


Revised 6/7/05

United States Bankruptcy Court
Middle District of Louisiana

In re:                                                                  Case No. 12-10801-ddd
Alana Lewis                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 053N-3          User: vaul              Page 1 of 2              Date Rcvd: Dec 21, 2012
                              Form ID: pdf801         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2012.
db           +Alana Lewis,    13508 Rampart Court,    Baton Rouge, LA 70810-2178
1512300      +BSI Financial Services, Inc.,    P.O. Box 517,    314 S. Franklin St.,    Titusville, PA 16354-2168
1552118      +Carrington Mortgage Services, LLC,    1610 E St Andrew Pl, Ste B150,    Santa Ana, CA 92705-4931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2012**                     **Signature:**   *Joseph Speetjens*

```
District/off: 053N-3           User: vaul                 Page 2 of 2                  Date Rcvd: Dec 21, 2012
                               Form ID: pdf801            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2012 at the address(es) listed below:
          Annette C. Crawford    crawfordtrustee@annettecrawford.com
          Benjamin B. Dean    on behalf of Creditor    Christina Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-10, as serviced by Carrington Mortgage Services, LLC ljacob@creditorlawyers.com
          Elizabeth L. Hall    on behalf of Debtor Alana  Lewis hall70808@aol.com, bknotice@hallplc.brcoxmail.com;stevi@hallplc.brcoxmail.com;anjinette@hallplc.brcoxmail.com
          U.S. Trustee    ustp.region05@usdoj.gov

                                                                                                                                  TOTAL: 4